Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD AZPITARTE,

    Plaintiff,

v.

KING COUNTY, RON SIMS, SUSAN RAHR, DAVID REICHERT, DENOBI OLEGBA, ELIZABETH DERAITUS, LAMAR REED, THE ESTATE OF STEVE COX, SCOTT LAVIELLE, STEVE WRIGHT, JIM McMEINES, CEDAR RAPIDS TOWING LLC, JONY McCALL, GEORGE McCALL, MARK LEMOINE, JASON STANLEY, STEPHANIE WARDEN, MIKE HATCH, CW WILLIAMS CONSTRUCTION COMPANY, SYDNEY JACKSON, and BILL TURNER,

    Defendants.

No. C07-1998-JCC

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

    Defendant King County has filed a Motion to Dismiss (Dkt. No. 64) based on Plaintiff's failure to prosecute the instant action. The motion is currently noted for consideration for Friday, February 27, 2009. In light of the upcoming trial date in this case and the non-substantive nature of the allegations in the motion to dismiss, the Court finds that an expedited briefing schedule is necessary and appropriate. Accordingly, Defendant's Motion to Dismiss is hereby RE-NOTED for consideration for Friday, February 13, 2009. Plaintiff shall file a response, not to exceed twelve pages, no later than Wednesday, February 11, 2009. Defendant may file a reply, not to exceed six pages, no later than Friday, February 13, 2009.

MINUTE ORDER – 1

1 | DATED this 6th day of February, 2009.

BRUCE RIFKIN, Clerk of Court

By  */s/ C. Ledesma*
         Deputy Clerk

MINUTE ORDER – 2